# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable David Herrera Urias

**CASE NO.** CR 22-462 DHU          **DATE:** 5/25/22

**TITLE:** USA v. Latrice Thomas

**COURTROOM CLERK:** J. Gonzales     **COURT REPORTER:** C. McAlister

**COURT IN SESSION:** 9:39-10:18 AM
                     10:40-10:47 AM   **TOTAL TIME:** 46 MINUTES

**TYPE OF PROCEEDING:** MOTION APPEALING MAGISTRATE'S ORDER OF DETENTION [27]

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Raquel Ruiz-Velez                         Joe Romero

**PROCEEDINGS:**

9:39 A.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

COURT RELAYS MATERIALS REVIEWED FOR THE HEARING.

MR. ROMERO: ADDRESSES COURT RE: APPEAL-ARGUES IN SUPPORT OF RELEASE TO HOFFMAN HOUSE.

COURT: QUERIES MR. ROMERO RE: HOFFMAN HOUSE.

MR. ROMERO: RESPONDS.

COURT: QUERIES USPTS MANZANARES.

USPTS MANZANARES: RESPONDS.

MS. RUIZ-VELEZ: ARGUES IN OPPOSITION TO RELEASE.

COURT: WILL REQUIRE MORE INFORMATION (ACCEPTANCE LETTER, 3RD PARTY CUSTODIAN).

MR. ROMERO: RESPONDS TO 3RD PARTY CUSTODIAN INQUIRY.

COURT: QUERIES USPTS MANZANARES RE: LOCATION MONITORING.

USPTS MANZANARES: RESPONDS.

MR. ROMERO: RESPONDS.

10:18 A.M. COURT IN RECESS.

10:40 A.M. COURT IN SESSION.

COURT: MARKS HOFFMAN HOUSE ACCEPTANCE LETTER AS EXHIBIT A-AND RECEIPT FOR HOFFMAN HOUSE AS EXHIBIT B-WILL RELEASE DEFENDANT TO HOFFMAN HOUSE UNTIL SPACE IS AVAILABLE AT LA POSADA-REVIEWS SOME OF THE CONDITIONS THAT WILL BE IMPOSED-DEFENSE COUNSEL WILL MOTION FOR RELEASE TO LA POSADA WHEN SPACE IS AVAILABLE-QUERIES MR. ROMERO RE: RELEASE AND TRANSPORT TO HOFFMAN HOUSE.

MR. ROMERO: RESPONDS.

10:47 A.M. COURT IN RECESS.