# Hoffman Hall

Sober Living Homes



Trevor Hoffman
508 Tennessee NE  #A
Albuquerque NM 87108
Cell:    505-554-9098
HoffmanHall_LLC@hotmail.com

To Whom It May Concern:

We are pleased to announce the acceptance of _Latrice Monique Thomas_ as a resident at Hoffman Hall Sober Living Homes. Mr(s). _Latrice Monique Thomas 04/11/22 to 09/30/22_ will report to _508 Tennessee St. NE Apt A, Albuquerque, NM 87108_. Enclosed is a copy of the rules contract that the resident must sign. In summary, the rules contract states:

New residents are expected to stay sober, be of service, and work together to achieve balance in their lives in six key areas of wellness. They are encouraged to establish goals for their Physical, Intellectual, Emotional, Community, Environmental, and Spiritual growth. Residents are encouraged to be self-supporting the day they show up. They are responsible for their own meal, hygiene products, clothing, etc…However, residents may bring whatever they choose to.

Before moving in, self-pay residents pay a nonrefundable $80.00 fee for processing their application and $120.00 per week, due every Friday at 6:00 P.M. or they may also pay monthly from the first day of their arrival. Monthly rent will be paid at the rate of $450.00 per month but the total for the first month with application fee is 530.00. In any case, if the resident does not fulfill his responsibilities, his residence will be terminated without refund.

Hoffman Hall does not accept sex offenders and some of the more violent felons. In the chance that a residents are eligible for funding through various funding sources, they are responsible for obtaining a referral for $500.00 from said source. Each referral thereafter will be submitted at the rate deemed necessary and applied to the Residents current balance. All Residents will be charged for the application fee and a daily rate of $25.00 per day up to day 20 plus any other applicable fees incurred if he fails to abide by the Hoffman Hall rules.

Sincerely,

Original Signed

_____,
Trevor Hoffman, CEO, MA, MSW

A