**RECEIPT** DATE 4/11/22   No. 679949

RECEIVED FROM Latrice Thomas   $530.00

five hundred thirty 00/100 _____ DOLLARS

☑ FOR RENT
○ FOR Hoffman Hall Sober Living Homes

| ACCOUNT | 530 00 | ○ CASH | 2778 |
|---|---|---|---|
| PAYMENT | 530 00 | ● CHECK 2779 | FROM |
| BAL. DUE | 0 | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

3-11

ß