IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                          1:22-cr-00462-DHU

LATRICE THOMAS,

        Defendant.

### ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER comes before the Court on Defendant's Emergency Motion to Modify Conditions of Release, filed on August 23, 2022. (Doc. 46). Originally, as part of Defendant's conditions of release, this Court ordered Defendant "to remain at Hoffman Hall Sober Living Homes until a bed space becomes available at La Pasada Halfway House." (Doc. 33). Although bed space became available at La Pasada on August 19, 2022, Defendant now seeks to remain at Hoffman Hall where she will have additional accommodations for her medical needs. (Doc. 46). The Court held a hearing on August 30, 2022, where both parties presented argument.

Defendant's medical needs primarily stem from issues with her right knee which substantially limits her ability to ambulate. Hoffman Hall provides accommodations that are unavailable at La Pasada such as additional space, mobility aids, transportation to medical appointments, and medical staffing.

The Court finds that the space and accommodations provided at Hoffman Hall will be better suited for Defendant while she awaits trial. However, the Court is still lacking information regarding any scheduled surgery or post-operation recovery plan. Without providing confirmation

1

of Defendant's scheduled surgery or informing the Court of her post-operation recovery plan, the justification for remaining at Hoffman Hall is waning. Therefore, the Court will permit Defendant to remain at Hoffman Hall, but will require confirmation of her scheduled surgery within thirty (30) days of this order being filed. Additionally, the Court will require a letter from a medical doctor (M.D.) detailing the requirements for her post-operation recovery. In the event that the requested information is not provided, the Court will revisit and reconsider this motion.

All other conditions as set in this Court's Order Setting Conditions of Release (Doc. 33) will remain in place and require Defendant's full compliance.

**IT IS SO ORDERED**

_____
HON. DAVID H. URIAS
UNITED STATES DISTRICT JUDGE