Case 1:22-cr-00462-DHU   Document 52 (Ex Parte)   Filed

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Latrice M Thomas | WARRANT FOR ARREST<br>Duplicate Original<br>(Pursuant to Rule 41)<br>Case: 1084 1:22CR00462- 001DHU |

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Latrice M. Thomas and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☒ Violation of Conditions of     ☐ Probation Violation       ☐ Supervision Release Violation
   Pretrial Release

charging him or her: On September 14, 2022, at approximately 17:48, USPO received two global positioning system (GPS) alerts indicating a strap tamper and a proximity tamper alert. USPO called the defendant and she answered. The defendant was asked about the GPS bracelet and the defendant reported there were no issues. The defendant was instructed to take and send photos of the unit via text message to USPO. At the time of this request, the photos were never received. USPO called the defendant four additional times (6:02 p.m., 6:03 p.m., 6:35 p.m., and 8:32 p.m.) and sent one text message (6:42 p.m.). The phone appeared to go straight to voicemail and at the time of this request, the defendant has not contacted USPO. The defendant's whereabouts are currently unknown.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable David H. Urias in violation of an Order Setting Conditions of Release.

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Honorable Laura Fashing<br>Name of Issuing Judge | September 14, 2022  8:36 p.m.<br>Date and Time: |
| Albuquerque<br>Location | /s/ Beatrice Manzanares<br>United States Probation/Pretrial Services Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant  in Oakland, CA

| DATE RECEIVED<br>15 September 2022<br>DATE OF ARREST<br>8 November 2022 | NAME AND TITLE OF ARRESTING OFFICER<br>Jim Glim<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

